# CIVIL MINUTES - GENERAL

| Case No. | CV 19-8974 FMO (AFMx) | Date | February 3, 2020 |
|---|---|---|---|
| Title | Kyu Hwa Back v. Jose Gonzalez, <u>et</u> <u>al</u>. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

On January 9, 2020, the Clerk entered defendant Jose Gonzalez d/b/a Chalapa Supermarket's ("Gonzalez") default. (<u>See</u> Dkt. 12). Plaintiff was ordered to file and serve a motion for default judgment no later than January 24, 2020. (<u>See</u> Dkt. 13, Court's Order of January 10, 2020). Plaintiff was admonished that failure to file such a motion could result in the action against being "dismissed for failure to prosecute and/or failure to comply with a court order." (<u>Id</u>.) (citing Fed. R. Civ. P. 41(b); <u>Link</u> <u>v</u>. <u>Wabash</u> <u>R.R.</u> <u>Co</u>., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)). As of the date of this Order, plaintiff has not filed a motion for default judgment. (<u>See</u>, <u>generally</u>, Dkt.).

The court will provide plaintiff one final opportunity to file a motion for default judgment. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file and serve a motion for default judgment no later than **February 7, 2020**, and notice it for hearing pursuant to the Local Rules.

2. Plaintiff is admonished that failure to file a motion for default judgment by the deadline set forth above or comply with the requirements set forth in the Court's Order of January 10, 2020, (Dkt. 13), shall result in dismissal of this action for failure to prosecute and/or to comply with a court order. <u>See</u> Fed. R. Civ. P. 41(b); <u>Link</u>, 370 U.S. at 629-30, 82 S.Ct. at 1388.

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |