JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYU HWA BACK, | ) | Case No. CV 19-8974 FMO (AFMx) |
|       Plaintiff, | ) | |
|       v. | ) | **JUDGMENT** |
| JOSE GONZALEZ, | ) | |
|       Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of February, 2020.

                                                                                             /s/
                                                  Fernando M. Olguin
                                            United States District Judge